

# Bessemer System
## Federal Credit Union

January 30, 2020

U.S. Bankruptcy Court
c/o CLAIMS CLERK
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Ladies and Gentlemen:

I am writing concerning the Chapter 13 Bankruptcy for Case No.:  20-10019TPA for Andrea L. Burns, regarding creditor # 15181629 Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA  16125. We would request that Claim # 2, in the amount of $2,054.32, which was filed on January 21, 2020 be removed as this account was paid in full by Ralph L. Burns on January 28, 2020 in the amount of $2,057.49. Mr. Burns did not want this account included in his wife's bankruptcy case.

We wish to have our claim # 3 in the amount of $541.18 to remain as an open claim against this case.

If further information is deemed necessary, please contact the credit union at your earliest convenience.  Thank you for your assistance in this matter.

Sincerely,

Grace I. Stephens
Lending Administrator

RECEIVED
2020 FEB -3  P 12: 20
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

106 Woodfield Drive • Greenville, Pennsylvania  16125
Phone (724) 588-6119 • Fax (724) 588-5344
www.bessfcu.com