FILED
2/4/20 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA



# Bessemer System
## Federal Credit Union

January 30, 2020

U.S. Bankruptcy Court
c/o CLAIMS CLERK
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Ladies and Gentlemen:

    I am writing concerning the Chapter 13 Bankruptcy for Case No.:  20-10019TPA for Andrea L. Burns, regarding creditor # 15181629 Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA  16125. We would request that Claim # 2, in the amount of $2,054.32, which was filed on January 21, 2020 be removed as this account was paid in full by Ralph L. Burns on January 28, 2020 in the amount of $2,057.49. Mr. Burns did not want this account included in his wife's bankruptcy case.

    We wish to have our claim # 3 in the amount of $541.18 to remain as an open claim against this case.

    If further information is deemed necessary, please contact the credit union at your earliest convenience. Thank you for your assistance in this matter.

SO ORDERED
February 04, 2020

/s/ *Thomas P. Agresti*
vas

Sincerely,

*Grace I. Stephens*
Grace I. Stephens
Lending Administrator

106 Woodfield Drive • Greenville, Pennsylvania  16125
Phone (724) 588-6119 • Fax (724) 588-5344
www.bessfcu.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-10019-TPA
Andrea L. Burns                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 1          Date Rcvd: Feb 04, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
db            +Andrea L. Burns,    8 Garfield Avenue,    Greenville, PA 16125-1608
cr            +Bessemer System Federal Credit Union,    106 Woodfield Drive,    Greenville, PA 16125-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4