# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-10019-TPA |
| | : | |
| Andrea L Burns, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**November 21, 2019**

**December 5, 2019**

**December 19, 2019**

**January 2, 2020**

**Next Payment Advice Expected (post-filing):**

**January 16, 2020**

C.B.                                                                                              BURNS, ANDREA L

**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 161257911

PAYROLL ACCOUNT

| 114946 | | 3838.0001 | 110005 | | 11/21/19 | $.00 |
|---|---|---|---|---|---|---|
| Check No. | Co. I.D | Department | I.D. Number | Social Security Number | Pay Date | Net Pay |
| Pay This Amount | | | | | | |

*** VOID *** VOID *** VOID *** VOID *** VOID ***

**THE PRIVATEBANK**
120 S. LASALLE CHICAGO, IL 60603

PAY
To The   BURNS, ANDREA
Order    31 ALAN AVENUE
Of       GREENVILLE, PA 16125

*** VOID *** VOID ***
*** VOID *** VOID ***

Authorized Signature

---

**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 161257911        **PAYROLL STUB**        PSD: 430301
Telephone Number: (724) 588-8090

| Check Number | Period End | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 114946 | 11/16/19 | BURNS, ANDREA | 110005 | 17.9300 | 3838.0001 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 67.50 | 17.9300 | 1210.28 | 401K-%T | 27.20 | 401KMAN | 13.60 |
| SICK | 07.50 | 17.9300 | 134.48 | LST  N | 2.00 | DDEP-1N | 942.83 |
| WKNDCNA | 15.00 | 1.0000 | 15.00 | HEALTHT | 44.42 | DENTALT | 35.15 |
| | | | | VISIONT | 2.66 | COL-PON | 29.91 |

Sick 5.26 VAC 77.85

| THIS PAY | 1359.76 | 125.04 | 39.22 | 12.78 | 79.21 | 18.52 | 0.82 | 942.83 |
|---|---|---|---|---|---|---|---|---|
| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
| YR TO DATE | 34637.16 | 3267.02 | 1002.66 | 326.63 | 2024.92 | 473.57 | 20.83 | |

Software by Reliable Health Systems, Inc.

RETAIN THIS FOR YOUR RECORDS

**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 161257911

PAYROLL ACCOUNT

| 115085 | | 3838.0001 | 110005 | | 12/05/19 | 5.00 |
|---|---|---|---|---|---|---|
| Check No. | Co. I.D | Department | I.D. Number | Social Security Number | Pay Date | Net Pay |
| Pay This Amount | | | | | | |

\*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\* VOID \*\*\*

**THE PRIVATEBANK**
120 S. LASALLE CHICAGO, IL 60603

PAY
To The    BURNS, ANDREA
Order      31 ALAN AVENUE
Of           GREENVILLE, PA 16125

\*\*\* VOID \*\*\* VOID \*\*\*
\*\*\* VOID \*\*\* VOID \*\*\*
Authorized Signature

---

**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 161257911        PAYROLL STUB        PSD: 430301
Telephone Number: (724) 588-8090

| Check Number | Period End | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 115085 | 11/30/19 | BURNS, ANDREA | 110005 | 17.9300 | 3838.0001 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 60.00 | 17.9300 | 1075.80 | 401K-%T | 31.23 | 401KMAN | 15.61 |
| HOLIDAY | 07.50 | 17.9300 | 134.48 | LST  N | 2.00 | DDEP-1N | 1093.04 |
| VAC | 07.50 | 17.9300 | 134.48 | HEALTHT | 44.42 | DENTALT | 35.15 |
| WKNDCNA | 15.00 | 1.0000 | 15.00 | VISIONT | 2.66 | COL-PON | 29.91 |
| HOT | 07.50 | 26.8950 | 201.71 | | | | |

Sick 7.59 VAC 75.53

| THIS PAY | 1561.47 | 148.76 | 45.41 | 14.79 | 91.71 | 21.45 | 0.94 | 1093.04 |
|---|---|---|---|---|---|---|---|---|
| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
| YR TO DATE | 36198.63 | 3415.78 | 1048.07 | 341.42 | 2116.63 | 495.02 | 21.77 | |

Software by Reliable Health Systems, Inc.

RETAIN THIS FOR YOUR RECORDS

**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 161257911

## PAYROLL ACCOUNT

| 115223 Check No. | Co. I.D | 3838.0001 Department | 110005 I.D. Number | Social Security Number | 12/19/19 Pay Date | $.00 Net Pay |
|---|---|---|---|---|---|---|
| Pay This Amount | | | | | | |

*** VOID *** VOID *** VOID *** VOID *** VOID ***

**THE PRIVATEBANK**
120 S. LASALLE CHICAGO, IL 60603

PAY
To The   BURNS, ANDREA
Order    8 GARFIELD AVE
Of       GREENVILLE, PA 16125

*** VOID *** VOID ***
*** VOID *** VOID ***
Authorized Signature

---

**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 161257911

**PAYROLL STUB**

PSD: 430804
Telephone Number: (724) 588-8090

| Check Number | Period End | Name | I.D. No. | Rate/Salary | Department | Deps | Res |
|---|---|---|---|---|---|---|---|
| 115223 | 12/14/19 | BURNS, ANDREA | 110005 | 17.9300 | 3838.0001 | S 0 | Y |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | | |
|---|---|---|---|---|---|---|---|
| REG | 75.00 | 17.9300 | 1344.75 | 401K-%T | 27.20 | 401KMAN | 13.60 |
| WKNDCNA | 15.00 | 1.0000 | 15.00 | LST    N | 2.00 | DDEP-1N | 942.82 |
|  |  |  |  | HEALTHT | 44.42 | DENTALT | 35.15 |
|  |  |  |  | VISIONT | 2.66 | COL-PON | 29.91 |

Sick 10.18    VAC 81.28

| | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SUI | NET THIS PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 1359.75 | 125.04 | 39.22 | 12.78 | 79.21 | 18.52 | 0.82 | 942.82 |
| YR TO DATE | 37558.38 | 3540.82 | 1087.29 | 354.20 | 2195.84 | 513.54 | 22.59 | |

Software by Reliable Health Systems, Inc.

RETAIN THIS FOR YOUR RECORDS



**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 16125791

**PAYROLL ACCOUNT**

| Check No. | Co. I.D. | Department | I.D. Number |
|---|---|---|---|
| 115356 | 3838 0001 | | 110005 |

Pay Date: 01/02/20
Net Pay: 5.00

*** VOID *** VOID *** VOID *** VOID *** VOID *** VOID ***

THE PRIVATEBANK
120 S. LASALLE CHICAGO, IL 60603

PAY To The Order Of:
BURNS, ANDREA
8 GARFIELD AVE
GREENVILLE, PA 16125

Authorized Signature: *** VOID *** VOID ***

---

**THE GROVE AT GREENVILLE**
110 FREDONIA ROAD GREENVILLE, PA 16125791

**PAYROLL STUB**

| Check Number | Period End | Name | I.D. No | Rate/Salary | Department | PSD: 430804 Telephone Number (724) 588-8090 |
|---|---|---|---|---|---|---|
| 115356 | 12/28/19 | BURNS, ANDREA | 110005 | 17.9300 | 3838 0001 | |

| DESCRIPTION | HOURS | RATE | EARNINGS | DEDUCTIONS THIS PAY | | Deps | Reg |
|---|---|---|---|---|---|---|---|
| REG | 67.50 | 17.9300 | 1210.28 | 401K-%T | 31.23 | 401KMAN | 15.61 |
| HOLIDAY | 07.50 | 17.9300 | 134.48 | LST N | 2.00 | DDEP-IN | 1093.04 |
| WKNDCNA | 15.00 | 1.0000 | 15.00 | HEALTHT | 44.42 | DENTALT | 35.15 |
| HOT | 07.50 | 26.8950 | 201.71 | VISIONT | 2.66 | COL-PON | 29.91 |

Sick 12.77  VAC 87.03

| THIS PAY | GROSS | FEDERAL | STATE | CITY | FICA | MEDICARE TAX | DIS-SSI |
|---|---|---|---|---|---|---|---|
| | 1561.47 | 148.76 | 45.41 | 14.79 | 91.71 | 21.45 | 0.94 |