| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andrea L. Burns** | Social Security number or ITIN **xxx–xx–0075** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   1/9/20 |
| Case number: | 20–10019–TPA | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Andrea L. Burns | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8 Garfield Avenue<br>Greenville, PA 16125 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 2/10/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 24, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/26/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/19/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/7/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/24/20** at **10:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 20-10019-TPA
Andrea L. Burns                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: bsil                  Page 1 of 2            Date Rcvd: Feb 10, 2020
                                Form ID: 309I               Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
db             +Andrea L. Burns,    8 Garfield Avenue,    Greenville, PA 16125-1608
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15181629       +Bessemer System Federal Credit Union,    106 Woodfield Drive,    Greenville, PA 16125-1250
15181630       +Best Buy / Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15181638       +JPMorgan Chase Bank Card,    Po Box 15298,    Wilmington, DE 19850-5298
15181639       +Kay Jewelers / Genesis,    Po Box 4485,    Beaverton, OR 97076-4485
15181647       +Syncb / Walmart,    PO Box 30281,    Salt Lake City, UT 84130-0281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com Feb 11 2020 03:29:07     Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,    Meadville, PA  16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 11 2020 03:29:34      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 11 2020 03:29:44
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Feb 11 2020 08:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15181627       +E-mail/Text: backoffice@affirm.com Feb 11 2020 03:30:27      Affirm Inc,    650 California Street,
                 Floor 12,   San Francisco, CA 94108-2716
15181628       +EDI: BANKAMER.COM Feb 11 2020 08:04:00      Bank of America,    4909 Savarese Circle,
                 Tampa, FL 33634-2413
15197262        EDI: CAPITALONE.COM Feb 11 2020 08:03:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15181631       +EDI: CAPITALONE.COM Feb 11 2020 08:03:00      Capital One Bank Usa NA,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15181632       +EDI: WFNNB.COM Feb 11 2020 08:03:00      Comenity Bank / Catherine,    Po Box 182789,
                 Columbus, OH 43218-2789
15181633       +EDI: WFNNB.COM Feb 11 2020 08:03:00      Comenity Bank / Full Beauty,    Po Box 182789,
                 Columbus, OH 43218-2789
15181634       +EDI: WFNNB.COM Feb 11 2020 08:03:00      Comenity Bank / Woman Within,    Po Box 182789,
                 Columbus, OH 43218-2789
15181635       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 11 2020 03:20:07      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
15181636        EDI: DISCOVER.COM Feb 11 2020 08:03:00      Discover Financial Services LLC,    PO Box 15316,
                 Wilmington, DE 19850
15184692        EDI: DISCOVER.COM Feb 11 2020 08:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
15181637       +EDI: CBSAMERIMARK Feb 11 2020 08:03:00      Dr Leonards / Carol Wrig,    Po Box 2845,
                 Monroe, WI 53566-8045
15181640       +E-mail/Text: mmrgbk@miramedrg.com Feb 11 2020 03:29:47      MiraMed Revenue Group,
                 360 East 22nd Street,    Lombard, IL 60148-4924
15181641       +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb / Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
15181642       +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb / Care Credit,    Po Box 965036,
                 Orlando, FL 32896-5036
15181643       +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb / JCPenney,    Po Box 965007,
                 Orlando, FL 32896-5007
15181644       +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb / Lowes,    Po Box 956005,    Orlando, FL 32896-0001
15181645       +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb / MC,    Po Box 965005,    Orlando, FL 32896-5005
15181646       +EDI: RMSC.COM Feb 11 2020 08:04:00      Syncb / PayPal Credit,    Po Box 965005,
                 Orlando, FL 32896-5005
15182147       +EDI: RMSC.COM Feb 11 2020 08:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15181648       +EDI: CITICORP.COM Feb 11 2020 08:03:00      The Home Depot / Cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +Bessemer System Federal Credit Union,   106 Woodfield Drive,   Greenville, PA 16125-1250
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: bsil              Page 2 of 2            Date Rcvd: Feb 10, 2020
                               Form ID: 309I           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```