**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 20−10019−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Andrea L. Burns
   8 Garfield Avenue
   Greenville, PA 16125

Social Security No.:
   xxx−xx−0075

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number: 814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 16, 2020<br>10:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 16, 2020<br>10:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/26/20

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrea L. Burns
    Debtor

Case No. 20-10019-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: bsil    Page 1 of 2    Date Rcvd: Mar 26, 2020
    Form ID: rscCOVID    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
```
db              +Andrea L. Burns,    8 Garfield Avenue,    Greenville, PA 16125-1608
15181628        +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
15212489         Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
15181629        +Bessemer System Federal Credit Union,    106 Woodfield Drive,    Greenville, PA 16125-1250
15181630        +Best Buy / Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15181638        +JPMorgan Chase Bank Card,    Po Box 15298,    Wilmington, DE 19850-5298
15198208        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
15181639        +Kay Jewelers / Genesis,    Po Box 4485,    Beaverton, OR 97076-4485
15181647        +Syncb / Walmart,    PO Box 30281,    Salt Lake City, UT 84130-0281
15181648        +The Home Depot / Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15218666         UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:50:18      Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:56:39
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15181627        +E-mail/Text: backoffice@affirm.com Mar 27 2020 03:51:53      Affirm Inc,   650 California Street,
                  Floor 12,   San Francisco, CA 94108-2716
15197262         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:57:35
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
15181631        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:57:34
                  Capital One Bank Usa NA,    Po Box 30281,    Salt Lake City, UT 84130-0281
15181632        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:49:51      Comenity Bank / Catherine,
                  Po Box 182789,    Columbus, OH 43218-2789
15181633        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:49:51
                  Comenity Bank / Full Beauty,    Po Box 182789,    Columbus, OH 43218-2789
15181634        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:49:51
                  Comenity Bank / Woman Within,    Po Box 182789,    Columbus, OH 43218-2789
15181635        +E-mail/PDF: creditonebknotifications@resurgent.com Mar 27 2020 03:55:30      Credit One Bank Na,
                  Po Box 98872,    Las Vegas, NV 89193-8872
15181636         E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25      Discover Financial Services LLC,
                  PO Box 15316,    Wilmington, DE 19850
15184692         E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15181637        +E-mail/Text: bankruptcy@sccompanies.com Mar 27 2020 03:49:10      Dr Leonards / Carol Wrig,
                  Po Box 2845,    Monroe, WI 53566-8045
15213996         E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 27 2020 03:51:06      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
15205503         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2020 03:55:46      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15181640        +E-mail/Text: mmrgbk@miramedrg.com Mar 27 2020 03:50:50      MiraMed Revenue Group,
                  360 East 22nd Street,    Lombard, IL 60148-4924
15219938         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:55:34
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15215710         E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2020 03:50:07
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
15181641        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:32      Syncb / Amazon,    Po Box 965015,
                  Orlando, FL 32896-5015
15181642        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:55:37      Syncb / Care Credit,
                  Po Box 965036,    Orlando, FL 32896-5036
15181643        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:48      Syncb / JCPenney,    Po Box 965007,
                  Orlando, FL 32896-5007
15181644        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:17      Syncb / Lowes,    Po Box 956005,
                  Orlando, FL 32896-0001
15181645        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:11      Syncb / MC,    Po Box 965005,
                  Orlando, FL 32896-5005
15181646        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:51      Syncb / PayPal Credit,
                  Po Box 965005,    Orlando, FL 32896-5005
15182147        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:28      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15215078        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:43      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 25
```

```
District/off: 0315-1           User: bsil                 Page 2 of 2                  Date Rcvd: Mar 26, 2020
                               Form ID: rscCOVID          Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*             +Bessemer System Federal Credit Union,   106 Woodfield Drive,   Greenville, PA 16125-1250
                                                                                          TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```