FILED
7/13/20 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrea L. Burns<br><br>        Debtor<br><br>BANK OF AMERICA, N.A.<br><br>        Movant<br>vs.<br><br>Andrea L. Burns<br>        Respondent | Case No. 20-10019-TPA<br><br>CHAPTER 13<br><br>Rel to Doc 45 |

## CONSENT ORDER OF COURT

AND NOW, this  13th   day of      July     , 2020, counsel for the respective parties having consented hereto, it is hereby ORDERED that the annual interest rate to be applied to post-petition principal on the secured claim of Bank of America, N.A., Claim 11-1, shall be 6.375%.

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge    ljm

Consented to by:
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster, Esquire
Attorney for Debtors
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814-724-1158
dan@mrdebtbuster.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Andrea L. Burns

              Debtor

Case No. 20-10019-TPA

CHAPTER 13

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served or caused to be served, on July 10, 2020, a copy of the within Consent Order of Court filed herein upon each of the following persons and parties in interest at the addresses shown below:

Daniel P. Foster, Esquire (VIA ECF)
Foster Law Offices
PO Box 966
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Date: July 10, 2020

                                                **/s/ James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                jwarmbrodt@kmllawgroup.com
                                                Attorney I.D. No. 42524
                                                KML Law Group, P.C.
                                                BNY Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (412) 430-3594
                                                Attorney for Respondent

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrea L. Burns  
      Debtor

Case No. 20-10019-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Jul 13, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.  
db          +Andrea L. Burns,   8 Garfield Avenue,   Greenville, PA 16125-1608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:  
           Daniel P. Foster    on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com,  
            katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
           James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                TOTAL: 4