Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Andrea L. Burns**
Debtor(s)

Bankruptcy Case No.: 20−10019−TPA
Per Proceeding Held August 4, 2020
Chapter: 13
Docket No.: 48 − 21, 44
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 7, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☑ B.  The length of the Plan is increased to a total of 49 months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.  Additional Terms: Bank of America (Claim No. 11) is to be paid a principal balance of $16,200.91 at 6.375% interest with payment to be determine by the Trustee. The non−interest bearing portion is $227.78.

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.   Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.   Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.   Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.   Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.   Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 6, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 20-10019-TPA
Andrea L. Burns                                                     Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0315-1           User: vson                   Page 1 of 2                  Date Rcvd: Aug 06, 2020
                               Form ID: 149                 Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
db             +Andrea L. Burns,    8 Garfield Avenue,    Greenville, PA 16125-1608
15181628       +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
15212489        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
15181629       +Bessemer System Federal Credit Union,     106 Woodfield Drive,    Greenville, PA 16125-1250
15181630       +Best Buy / Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
15198208       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15181639       +Kay Jewelers / Genesis,    Po Box 4485,    Beaverton, OR 97076-4485
15181647       +Syncb / Walmart,    PO Box 30281,   Salt Lake City, UT 84130-0281
15181648       +The Home Depot / Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15218666        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2020 03:34:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15181627       +E-mail/Text: backoffice@affirm.com Aug 07 2020 03:25:32      Affirm Inc,   650 California Street,
                 Floor 12,   San Francisco, CA 94108-2716
15197262        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2020 03:23:33
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,     PO Box 71083,
                 Charlotte, NC 28272-1083
15181631       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2020 03:24:00
                 Capital One Bank Usa NA,    Po Box 30281,   Salt Lake City, UT 84130-0281
15181632       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 07 2020 03:24:53      Comenity Bank / Catherine,
                 Po Box 182789,   Columbus, OH 43218-2789
15181633       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 07 2020 03:24:53
                 Comenity Bank / Full Beauty,    Po Box 182789,    Columbus, OH 43218-2789
15181634       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 07 2020 03:24:53
                 Comenity Bank / Woman Within,    Po Box 182789,    Columbus, OH 43218-2789
15181635       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 07 2020 03:24:03       Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
15181636        E-mail/Text: mrdiscen@discover.com Aug 07 2020 03:24:45      Discover Financial Services LLC,
                 PO Box 15316,   Wilmington, DE 19850
15184692        E-mail/Text: mrdiscen@discover.com Aug 07 2020 03:24:45      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
15181637       +E-mail/Text: bankruptcy@sccompanies.com Aug 07 2020 03:24:41      Dr Leonards / Carol Wrig,
                 Po Box 2845,   Monroe, WI 53566-8045
15213996        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 07 2020 03:25:18      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
15181638        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 07 2020 03:23:45
                 JPMorgan Chase Bank Card,    Po Box 15298,   Wilmington, DE 19850
15205503        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2020 03:34:32       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15181640       +E-mail/Text: mmrgbk@miramedrg.com Aug 07 2020 03:25:09      MiraMed Revenue Group,
                 360 East 22nd Street,    Lombard, IL 60148-4924
15219938        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2020 03:34:33
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15215710        E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2020 03:24:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
15181641       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:23:31      Syncb / Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
15181642       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:23:31      Syncb / Care Credit,
                 Po Box 965036,   Orlando, FL 32896-5036
15181643       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:23:31      Syncb / JCPenney,   Po Box 965007,
                 Orlando, FL 32896-5007
15181644       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:23:58      Syncb / Lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
15181645       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:23:58      Syncb / MC,   Po Box 965005,
                 Orlando, FL 32896-5005
15181646       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:23:58      Syncb / PayPal Credit,
                 Po Box 965005,   Orlando, FL 32896-5005
15182147       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:23:58      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15215078       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:23:58      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
```

```
District/off: 0315-1          User: vson                    Page 2 of 2                   Date Rcvd: Aug 06, 2020
                              Form ID: 149                  Total Noticed: 35

cr*           +Bessemer System Federal Credit Union,   106 Woodfield Drive,   Greenville, PA 16125-1250
                                                                                       TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
              .com
              James   Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```