22-0043

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            Chapter 13 Proceeding
Andrea L. Burns
                                                   Case No.  20-10019 TPA
                                    Debtor(s)

Ralph L. Burns, CoDebtor

**ENTRY OF APPEARANCE/ REQUEST FOR NOTICES**

TO THE COURT:

Kindly enter my appearance on behalf of BARCLAYS  MORTGAGE TRUST

2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK

NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in the above captioned matter.


POWERS KIRN, LLC

By:  **/s/  Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Dated: January 19, 2022