**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 20-10019-GLT |
| | : | |
| Andrea L. Burns, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Andrea L. Burns, | : | Docket No.: 62 |
| Movant | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Movant(s) Incorrect Address:
8 Garfield Avenue
Greenville, PA 16125

Movant(s) Correct Address:
31 Alan Avenue
Greenville, PA 16125

Respectfully Submitted,

Date:  April 11, 2023

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor