**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/30/2023

IN RE:

| | |
|---|---|
| ANDREA L. BURNS<br>31 ALAN AVENUE<br>GREENVILLE, PA 16125<br>XXX-XX-0075  Debtor(s) | Case No.20-10019<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/30/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 3043 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BOA/PRAE | | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BARCLAYS MORTGAGE TRUST 2021-NPL1 ET AL**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br>LOS ANGELES, CA  90074-2334 | Trustee Claim Number:3   INT %: 6.38%<br>Court Claim Number:11<br>CLAIM:  16,200.91<br>COMMENT:  $@6.375%/CONF~PMT/CONF*16200@4%/PL*W/28*FR BOA-DOC 53 | | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3697 |
| **KAY JEWELERS**<br>POB 1799<br>AKRON, OH  44309-1799 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*NT ADR~GENESIS/SCH | | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 3194 |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA  94108 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: QYV5 |
| **BESSEMER SYSTEM FEDERAL CREDIT UNION**<br>106 WOODFIELD DR<br>GREENVILLE, PA  16125 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  541.18<br>COMMENT:  INSUFF POD*DK | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8721 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM:  767.65<br>COMMENT:  CITIBANK*BBY*NO PMTS-ACCT OPEN 7/9/19*AMD | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4538 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  1,661.51<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5850 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  1,651.12<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1402 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  859.66<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6326 |

| Creditor | Trustee Claim # | Court Claim # | INT % | Cred Desc | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC AGNT - COMENITY BAN<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 11 | 18 | 0.00% | UNSECURED CREDITOR | 5965 | 189.58 | CATHERINES |
| QUANTUM3 GROUP LLC AGNT - COMENITY BAN<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 12 | 17 | 0.00% | UNSECURED CREDITOR | 9964 | 2,769.17 | ONESTOPPLUS*FULL BEAUTY/SCH |
| QUANTUM3 GROUP LLC AGNT - COMENITY BAN<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 13 | 19 | 0.00% | UNSECURED CREDITOR | 9080 | 967.76 | WOMAN WITHIN |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 14 | 9 | 0.00% | UNSECURED CREDITOR | 2713 | 630.55 | CREDIT ONE BANK*NO PMT EVER |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | 15 | 10 | 0.00% | UNSECURED CREDITOR | 5034 | 465.59 | CREDIT ONE BANK |
| DISCOVER BANK(*)<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 16 | 1 | 0.00% | UNSECURED CREDITOR | 4763 | 1,170.78 | |
| DR LEONARDS<br>PO BOX 7821<br>EDISON, NJ 08818 | 17 |  | 0.00% | UNSECURED CREDITOR | 2A4A | 0.00 | NT ADR~CAROL WRIGHT/SCH |
| JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE 19850 | 18 | 8 | 0.00% | UNSECURED CREDITOR | 3641 | 495.19 | |
| MIRA MED REVENUE GROUP<br>PO BOX 536<br>LINDEN, MI 48451-0536 | 19 |  | 0.00% | UNSECURED CREDITOR | 8170 | 0.00 | NT ADR/SCH |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 20 | 13 | 0.00% | UNSECURED CREDITOR | 1414 | 2,089.13 | REF 3537618868*SYNCHRONY*AMAZON |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 87.13<br>COMMENT: CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5386 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,751.45<br>COMMENT: ref 3537627409*SYNCHRONY*JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6832 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 4,011.07<br>COMMENT: REF 3537537840*SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3043 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 7,685.63<br>COMMENT: PAYPAL*FR SYNCHRONY-DOC 59 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3172 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 4,745.46<br>COMMENT: SYNCHRONY*WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5779 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 22-2<br>CLAIM: 2,087.10<br>COMMENT: CITIBANK*THD*NO PMTS-ACCT OPEN 10/16/19*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6384 |
| **BESSEMER SYSTEM FEDERAL CREDIT UNION**<br>106 WOODFIELD DR<br>GREENVILLE, PA 16125 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: CL2: $2054.32 W/DRAWN-DOC 13,15 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 065 |
| **BARCLAYS MORTGAGE TRUST 2021-NPL1 ET AL**<br>C/O GREGORY FUNDING LLC<br>PO BOX 742334<br>LOS ANGELES, CA 90074-2334 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 227.78<br>COMMENT: $/CONF*NON % BEARING*W/3*FR BOA-DOC 53 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3697 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 444.52<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0075 |
| **POWERS KIRN LLC**<br>8 NESHAMINY INTERPLEX STE 215<br>TREVOSE, PA 19053 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BARCLAYS MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |