Certificate Number: 03088-PAW-DE-037995895

Bankruptcy Case Number: 20-10019



03088-PAW-DE-037995895

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2023, at 3:44 o'clock PM CST, ANDREA L BURNS completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 5, 2023                By:   /s/Doug Tonne

                                        Name: Doug Tonne

                                        Title: Counselor