Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Andrea L. Burns** | : | Case No. 20−10019−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 81 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/27/24 at 02:30 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this **The 26th of June, 2024**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 81 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before August 12, 2024**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **August 27, 2024 at 02:30 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10019-JCM |
| Andrea L. Burns | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 26, 2024 | Form ID: 300b | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L. Burns, 31 Alan Avenue, Greenville, PA 16125-2116 |
| 15447353 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED, NATIONAL ASSOCIATION, AS INDENTURE TRUST, c/o Jill Manuel-Coughlin, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15181629 | + | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| 15182147 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:24:39 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181627 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 27 2024 01:03:44 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15181628 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 00:03:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15212489 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 00:03:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15181630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:24:21 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15197262 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 01:14:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15181631 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 01:03:34 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15181632 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:06:00 | Comenity Bank / Catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 15181633 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:06:00 | Comenity Bank / Full Beauty, Po Box 182789, Columbus, OH 43218-2789 |
| 15181634 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:06:00 | Comenity Bank / Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 15181635 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 01:14:16 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15181636 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:03:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15184692 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15181637 | + | Email/Text: bankruptcy@sccompanies.com | Jun 27 2024 00:03:00 | Dr Leonards / Carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 15213996 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15181638 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 01:34:56 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15198208 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15181639 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 27 2024 00:08:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15205503 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:10:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181640 | + | Email/Text: mmrgbk@miramedrg.com | Jun 27 2024 00:07:00 | MiraMed Revenue Group, 360 East 22nd Street, Lombard, IL 60148-4924 |
| 15551432 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15219938 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15215710 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15181641 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:14 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15181642 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:10:53 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15181643 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:34:53 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15181644 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:43:47 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15181645 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:12:04 | Syncb / MC, Po Box 965005, Orlando, FL 32896-5005 |
| 15181646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:34:53 | Syncb / PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15181647 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:11:40 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15215078 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:11:23 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15182147 | ^ | MEBN | Jun 26 2024 23:51:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181648 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 01:34:56 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15218666 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2024 00:05:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED |
| cr | *+ | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5