**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANDREA L. BURNS<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:20-10019<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/09/2020 and confirmed on 3/26/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,461.85 |
| Less Refunds to Debtor | 1,471.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 23,990.37 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,278.04 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,778.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3194 | | | | |
|   BESSEMER SYSTEM FEDERAL CREDIT U | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 065 | | | | |
|   BARCLAYS MORTGAGE TRUST 2021-NPL | 16,200.91 | 16,200.91 | 2,422.91 | 18,623.82 |
|     Acct: 3697 | | | | |
|   BARCLAYS MORTGAGE TRUST 2021-NPL | 227.78 | 227.78 | 0.00 | 227.78 |
|     Acct: 3697 | | | | |
| | | | | 18,851.60 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREA L. BURNS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREA L. BURNS | 1,471.48 | 1,471.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: QYV5 | | | | |
|   BESSEMER SYSTEM FEDERAL CREDIT U | 541.18 | 5.41 | 0.00 | 5.41 |
|     Acct: 8721 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 767.65 | 7.68 | 0.00 | 7.68 |
|     Acct: 4538 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,661.51 | 16.62 | 0.00 | 16.62 |
|     Acct: 5850 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,651.12 | 16.51 | 0.00 | 16.51 |
|     Acct: 1402 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 859.66 | 8.60 | 0.00 | 8.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 6326 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 189.58 | 1.90 | 0.00 | 1.90 |
|     Acct: 5965 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 2,769.17 | 27.69 | 0.00 | 27.69 |
|     Acct: 9964 | | | | |
|     QUANTUM3 GROUP LLC AGNT - COMENIT | 967.76 | 9.68 | 0.00 | 9.68 |
|     Acct: 9080 | | | | |
|     LVNV FUNDING LLC | 630.55 | 6.31 | 0.00 | 6.31 |
|     Acct: 2713 | | | | |
|     LVNV FUNDING LLC | 465.59 | 4.66 | 0.00 | 4.66 |
|     Acct: 5034 | | | | |
|     DISCOVER BANK(*) | 1,170.78 | 11.71 | 0.00 | 11.71 |
|     Acct: 4763 | | | | |
|     DR LEONARDS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2A4A | | | | |
|     JPMORGAN CHASE BANK | 495.19 | 4.95 | 0.00 | 4.95 |
|     Acct: 3641 | | | | |
|     MIRA MED REVENUE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8170 | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 2,089.13 | 20.89 | 0.00 | 20.89 |
|     Acct: 1414 | | | | |
|     SYNCHRONY BANK BY AIS INFOSOURCE | 87.13 | 0.87 | 0.00 | 0.87 |
|     Acct: 5386 | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 2,751.45 | 27.51 | 0.00 | 27.51 |
|     Acct: 6832 | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 4,011.07 | 40.11 | 0.00 | 40.11 |
|     Acct: 3043 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - A | 7,685.63 | 76.86 | 0.00 | 76.86 |
|     Acct: 3172 | | | | |
|     CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,745.46 | 47.45 | 0.00 | 47.45 |
|     Acct: 5779 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES LLC | 2,087.10 | 20.87 | 0.00 | 20.87 |
|     Acct: 6384 | | | | |
|     UPMC HEALTH SERVICES | 444.52 | 4.45 | 0.00 | 4.45 |
|     Acct: 0075 | | | | |
|     SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3043 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 360.73 |

TOTAL PAID TO CREDITORS                                                                    19,212.33

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 16,428.69 |
| UNSECURED | 36,071.23 |

Date: 06/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    ANDREA L. BURNS<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>        vs.<br>No Repondents. | Case No.:20-10019<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10019-JCM |
| Andrea L. Burns | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L. Burns, 31 Alan Avenue, Greenville, PA 16125-2116 |
| 15447353 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED, NATIONAL ASSOCIATION, AS INDENTURE TRUST, c/o Jill Manuel-Coughlin, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15181629 | + | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| 15182147 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 01:34:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181627 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 27 2024 00:11:18 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15181628 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 00:03:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15212489 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 00:03:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15181630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:42:54 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15197262 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:11:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15181631 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:23:41 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15181632 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:06:00 | Comenity Bank / Catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 15181633 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:06:00 | Comenity Bank / Full Beauty, Po Box 182789, Columbus, OH 43218-2789 |
| 15181634 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 00:06:00 | Comenity Bank / Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 15181635 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 00:10:52 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15181636 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:03:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15184692 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15181637 | + | Email/Text: bankruptcy@sccompanies.com | Jun 27 2024 00:03:00 | Dr Leonards / Carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 15213996 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15181638 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 00:10:50 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15198208 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 00:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15181639 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 27 2024 00:08:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15205503 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:11:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181640 | + | Email/Text: mmrgbk@miramedrg.com | Jun 27 2024 00:07:00 | MiraMed Revenue Group, 360 East 22nd Street, Lombard, IL 60148-4924 |
| 15551432 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 01:35:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15219938 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:43:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15215710 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15181641 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:10:52 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15181642 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:39 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15181643 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:35:01 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15181644 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:39 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15181645 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:06 | Syncb / MC, Po Box 965005, Orlando, FL 32896-5005 |
| 15181646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:35:01 | Syncb / PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15181647 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 01:34:58 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15215078 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:24:58 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15182147 | ^ | MEBN | Jun 26 2024 23:51:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181648 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:11:16 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15218666 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2024 00:05:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED |
| cr | *+ | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5