**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ANDREA L. BURNS | Case No.:20-10019 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/09/2020  and confirmed on 03/26/2020 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,692.62 |
| Less Refunds to Debtor | 1,702.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 23,990.37 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,500.00 | |
|     Trustee Fee | 1,278.04 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,778.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3194 | | | | |
|   BESSEMER SYSTEM FEDERAL CREDIT U | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 065 | | | | |
|   BARCLAYS MORTGAGE TRUST 2021-NPL | 16,200.91 | 16,200.91 | 2,422.91 | 18,623.82 |
|     Acct: 3697 | | | | |
|   BARCLAYS MORTGAGE TRUST 2021-NPL | 227.78 | 227.78 | 0.00 | 227.78 |
|     Acct: 3697 | | | | |
| | | | | 18,851.60 |
| Priority | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREA L. BURNS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREA L. BURNS | 1,471.48 | 1,471.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREA L. BURNS | 230.77 | 230.77 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: QYV5 | | | | |
| BESSEMER SYSTEM FEDERAL CREDIT U | 541.18 | 5.41 | 0.00 | 5.41 |
| Acct: 8721 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 767.65 | 7.68 | 0.00 | 7.68 |
| Acct: 4538 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,661.51 | 16.62 | 0.00 | 16.62 |
| Acct: 5850 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,651.12 | 16.51 | 0.00 | 16.51 |
| Acct: 1402 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 859.66 | 8.60 | 0.00 | 8.60 |
| Acct: 6326 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 189.58 | 1.90 | 0.00 | 1.90 |
| Acct: 5965 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 2,769.17 | 27.69 | 0.00 | 27.69 |
| Acct: 9964 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 967.76 | 9.68 | 0.00 | 9.68 |
| Acct: 9080 | | | | |
| LVNV FUNDING LLC | 630.55 | 6.31 | 0.00 | 6.31 |
| Acct: 2713 | | | | |
| LVNV FUNDING LLC | 465.59 | 4.66 | 0.00 | 4.66 |
| Acct: 5034 | | | | |
| DISCOVER BANK(*) | 1,170.78 | 11.71 | 0.00 | 11.71 |
| Acct: 4763 | | | | |
| DR LEONARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2A4A | | | | |
| JPMORGAN CHASE BANK | 495.19 | 4.95 | 0.00 | 4.95 |
| Acct: 3641 | | | | |
| MIRA MED REVENUE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8170 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,089.13 | 20.89 | 0.00 | 20.89 |
| Acct: 1414 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 87.13 | 0.87 | 0.00 | 0.87 |
| Acct: 5386 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,751.45 | 27.51 | 0.00 | 27.51 |
| Acct: 6832 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 4,011.07 | 40.11 | 0.00 | 40.11 |
| Acct: 3043 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 7,685.63 | 76.86 | 0.00 | 76.86 |
| Acct: 3172 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,745.46 | 47.45 | 0.00 | 47.45 |
| Acct: 5779 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,087.10 | 20.87 | 0.00 | 20.87 |
| Acct: 6384 | | | | |
| UPMC HEALTH SERVICES | 444.52 | 4.45 | 0.00 | 4.45 |
| Acct: 0075 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3043 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

**TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 360.73 |

TOTAL PAID TO CREDITORS                                                                                  19,212.33

TOTAL CLAIMED

| PRIORITY | 0.00 |
|---|---|
| SECURED | 16,428.69 |
| UNSECURED | 36.071.23 |

Date: 08/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com