| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Andrea L. Burns<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−0075<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   20−10019−JCM | | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Andrea L. Burns

　　8/13/24                                            **By the court:** John C Melaragno
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

　♦ debts that are domestic support obligations;

　♦ debts for most student loans;

　♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-10019-JCM
Andrea L. Burns                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                User: auto               Page 1 of 3
Date Rcvd: Aug 13, 2024        Form ID: 3180W        Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L. Burns, 31 Alan Avenue, Greenville, PA 16125-2116 |
| 15447353 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED, NATIONAL ASSOCIATION, AS INDENTURE TRUST, c/o Jill Manuel-Coughlin, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15181629 | + | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 14 2024 03:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2024 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 14 2024 03:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2024 23:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Aug 14 2024 03:39:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Aug 14 2024 03:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181627 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2024 00:20:09 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15181628 | + | EDI: BANKAMER | Aug 14 2024 03:39:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15212489 | | EDI: BANKAMER | Aug 14 2024 03:39:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15181630 | + | EDI: CITICORP | Aug 14 2024 03:39:00 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15197262 | | EDI: CAPITALONE.COM | Aug 14 2024 03:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15181631 | + | EDI: CAPITALONE.COM | Aug 14 2024 03:39:00 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15181632 | + | EDI: WFNNB.COM | | |

Case 20-10019-JCM    Doc 88    Filed 08/15/24    Entered 08/16/24 00:43:30    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 13, 2024 | Form ID: 3180W | Total Noticed: 40 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15181633 | + | EDI: WFNNB.COM | Aug 14 2024 03:39:00 | Comenity Bank / Catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 15181634 | + | EDI: WFNNB.COM | Aug 14 2024 03:39:00 | Comenity Bank / Full Beauty, Po Box 182789, Columbus, OH 43218-2789 |
| 15181635 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2024 03:39:00 | Comenity Bank / Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| | | | Aug 14 2024 00:06:22 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15181636 | | EDI: DISCOVER | Aug 14 2024 03:39:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15184692 | | EDI: DISCOVER | Aug 14 2024 03:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15181637 | + | EDI: CBS7AVE | Aug 14 2024 03:39:00 | Dr Leonards / Carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 15213996 | | EDI: JEFFERSONCAP.COM | Aug 14 2024 03:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15181638 | | EDI: JPMORGANCHASE | Aug 14 2024 03:39:00 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15198208 | + | Email/Text: RASEBN@raslg.com | Aug 13 2024 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15181639 | + | EDI: PHINGENESIS | Aug 14 2024 03:39:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15205503 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 00:07:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181640 | + | Email/Text: mmrgbk@miramedrg.com | Aug 13 2024 23:54:00 | MiraMed Revenue Group, 360 East 22nd Street, Lombard, IL 60148-4924 |
| 15551432 | | EDI: PRA.COM | Aug 14 2024 03:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15219938 | | EDI: PRA.COM | Aug 14 2024 03:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15215710 | | EDI: Q3G.COM | Aug 14 2024 03:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15181641 | + | EDI: SYNC | Aug 14 2024 03:39:00 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15181642 | + | EDI: SYNC | Aug 14 2024 03:39:00 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15181643 | + | EDI: SYNC | Aug 14 2024 03:39:00 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15181644 | + | EDI: SYNC | Aug 14 2024 03:39:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15181645 | + | EDI: SYNC | Aug 14 2024 03:39:00 | Syncb / MC, Po Box 965005, Orlando, FL 32896-5005 |
| 15181646 | + | EDI: SYNC | Aug 14 2024 03:39:00 | Syncb / PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15181647 | + | EDI: CAPITALONE.COM | Aug 14 2024 03:39:00 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15215078 | + | EDI: AIS.COM | Aug 14 2024 03:39:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15182147 | | ^ MEBN | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 13 2024 23:45:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181648 | + | EDI: CITICORP | Aug 14 2024 03:39:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15218666 | | Email/Text: BNCnotices@dcmservices.com | Aug 13 2024 23:53:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED |
| cr | *+ | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5