IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ANDREA L. BURNS

        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:20-10019

Chapter 13

Related to Doc. No. 81

ORDER OF COURT

AND NOW, this 13th day of August 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
8/13/24 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JOHN C. MELARAGNO, JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10019-JCM |
| Andrea L. Burns | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L. Burns, 31 Alan Avenue, Greenville, PA 16125-2116 |
| 15447353 | + | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED, NATIONAL ASSOCIATION, AS INDENTURE TRUST, c/o Jill Manuel-Coughlin, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15181629 | + | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:20:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:07:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181627 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2024 00:07:10 | Affirm Inc, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15181628 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 13 2024 23:53:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15212489 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 13 2024 23:53:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15181630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:18:34 | Best Buy / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15197262 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 00:06:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15181631 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 00:21:23 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15181632 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2024 23:53:00 | Comenity Bank / Catherine, Po Box 182789, Columbus, OH 43218-2789 |
| 15181633 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2024 23:53:00 | Comenity Bank / Full Beauty, Po Box 182789, Columbus, OH 43218-2789 |
| 15181634 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 13 2024 23:53:00 | Comenity Bank / Woman Within, Po Box 182789, Columbus, OH 43218-2789 |
| 15181635 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2024 00:06:21 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15181636 | | Email/Text: mrdiscen@discover.com | Aug 13 2024 23:53:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15184692 | | Email/Text: mrdiscen@discover.com | Aug 13 2024 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15181637 | + | Email/Text: bankruptcy@sccompanies.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 13 2024 23:54:00 | Dr Leonards / Carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 15213996 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 13 2024 23:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15181638 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 00:06:45 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15198208 | + | Email/Text: RASEBN@raslg.com | Aug 13 2024 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15181639 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 13 2024 23:54:00 | Kay Jewelers / Genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 15205503 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 00:06:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15181640 | + | Email/Text: mmrgbk@miramedrg.com | Aug 13 2024 23:54:00 | MiraMed Revenue Group, 360 East 22nd Street, Lombard, IL 60148-4924 |
| 15551432 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:06:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15219938 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2024 00:06:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15215710 | | Email/Text: bnc-quantum@quantum3group.com | Aug 13 2024 23:54:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15181641 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:06:45 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15181642 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:18:34 | Syncb / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15181643 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:18:04 | Syncb / JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15181644 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:06:20 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15181645 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:06:28 | Syncb / MC, Po Box 965005, Orlando, FL 32896-5005 |
| 15181646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2024 00:06:29 | Syncb / PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15181647 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 00:07:07 | Syncb / Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15215078 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2024 00:19:29 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15182147 | ^ | MEBN | Aug 13 2024 23:45:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15181648 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2024 00:20:05 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15218666 | | Email/Text: BNCnotices@dcmservices.com | Aug 13 2024 23:53:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| | | |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED |
| cr | *+ | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Daniel P. Foster | on behalf of Debtor Andrea L. Burns dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5